UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

FILED
Jul 31  3 46 PM '97
U.S. [CLERK'S] OFFICE
BY [signature] DEPUTY

| | | |
|---|---|---|
| ZILKER EAGLE, INC., | § | |
| Plaintiff, | § § § | |
| vs. | § | CAUSE NO. 96CA 613JN |
| CITY OF AUSTIN, TEXAS and TEXAS SPECIAL, INC., | § § § § | |
| Defendants. | § | |

## JOINT AGREED ORDER GRANTING DISMISSAL

The Joint Agreed Motion for Dismissal filed __July 31__, 1997 is GRANTED.

It is, therefore, ordered that:

1) Plaintiff's claims for injunctive relief, declaratory relief and damages are dismissed with prejudice.

2) City's counterclaims for declaratory relief and damages are dismissed with prejudice.

3) All other relief not expressly granted is denied.

SIGNED AND ENTERED this __31st__ day of __July__, 1997.

[signature]
JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE

0014274.01
079725/1534

57

AGREED TO AND APPROVED:

ROLLER AND ALLENSWORTH, L.L.P.
620 Congress Avenue, Suite 200
Austin, Texas 78701
(512) 708-1250 Telephone
(512) 708-0519 Facsimile

By: _William Allensworth_
   William Allensworth
   State Bar No. 01077500


Andrew Martin
City Attorney
Connie Odé
Assistant City Attorney
114 West Seventh Street, Fifth Floor
Austin, Texas 78701
(512) 499-2189
(512) 499-2894 FAX

MAYOR, DAY, CALDWELL & KEETON, L.L.P.

By: _signature_ for Rex D. VanMiddlesworth w/ permission
   Rex D. VanMiddlesworth
   State Bar No. 20449400
   Lino Mendiola III
   State Bar No. 00791248
   100 Congress Ave., Suite 1500
   Austin, Texas 78701-4042
   (512) 320-9200
   (512) 320-9292 FAX

2

Richard Keeton
State Bar No. 11175000
700 Louisiana, Suite 1900
Houston, Texas 77002
(713) 225-7000
(713) 225-7047 FAX

ATTORNEYS FOR DEFENDANT
CITY OF AUSTIN, TEXAS

HEARNE, EPPRIGHT & GEST


By:_____
Darrell Gest
Texas Commerce Bank
P.O. Box 1687
Austin, Texas 78767
(512) 478-1500
(512) 478-2906 FAX

ATTORNEY FOR TEXAS SPECIAL, INC.


_____
Thomas Larkin, President
Texas Special, Inc.
1100 South First Street
Austin, Texas 78704
(512) 442-4845
(512) 447-2113 FAX

0014274.01
079725/1534

3

Richard Keeton
State Bar No. 11175000
700 Louisiana, Suite 1900
Houston, Texas 77002
(713) 225-7000
(713) 225-7047 FAX

ATTORNEYS FOR DEFENDANT
CITY OF AUSTIN, TEXAS

HEARNE, EPPRIGHT & GEST

By: _Darrell Gest_  7/29/97
Darrell Gest
Texas Commerce Bank
P.O. Box 1687
Austin, Texas 78767
(512) 478-1500
(512) 478-2906 FAX

ATTORNEY FOR TEXAS SPECIAL, INC.

---

Thomas Larkin, President
Texas Special, Inc.
1100 South First Street
Austin, Texas 78704
(512) 442-4845
(512) 447-2113 FAX

0014274.01
079725/1534

3