FILED

IN THE UNITED STATES DISTRICT COURT

JUL 31  5 13 PM '97

FOR THE WESTERN DISTRICT OF TEXAS

U.S. CLERKS OFFICE

AUSTIN DIVISION          BY _____ DEPUTY

| | | |
|---|---|---|
| ZILKER EAGLE, INC. | § | |
| | § | |
| VS. | § | CIVIL NO. A-96-CA-613 JN |
| | § | |
| CITY OF AUSTIN, ET AL. | § | |

## FINAL JUDGMENT

Before the Court is the above entitled cause of action. Upon review of the entire case file and this Court's July 31, 1997 Order which granted the Parties' Joint Agreed Motion for Dismissal, the Court enters the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

IT IS ORDERED, ADJUDGED AND DECREED that the above entitled cause of action is hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that this cause is CLOSED and that any pending motions are hereby DENIED AS MOOT.

SIGNED AND ENTERED this 31st day of July, 1997.

_____
JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE

58